UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI BAZZI,

    Plaintiff,                                                   Case No. 13-cv-14390

v.                                                         Hon. Matthew F. Leitman

CHRYSLER GROUP, LLC,

    Defendant.
_____/

## ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND EXTEND DATES

This matter having been heard before this Honorable Court on motion brought by Plaintiff, oral argument having been heard and this Honorable Court being fully advised;

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Compel Discovery and Extend Dates is granted in part and denied in part;

**IT IS FURTHER ORDERED** that Plaintiff's Motion to compel supplemental written discovery responses from Defendant is denied at this time without prejudice;

**IT IS FURTHER ORDERED** that all dates currently set in the scheduling order are adjourned without date;

1

**IT IS FURTHER ORDERED** that the Defendant must produce Kurt Towne and Angelo McWorther for deposition within 75 days from entry of this Order;

**IT IS FURTHER ORDERED** that Defendant must take reasonable efforts to identify and produce for deposition within 75 days from entry of this order the hiring managers and successful candidates for the following positions:

> Unit Leader – Tooling at Sterling Heights Assembly Plant which was posted in March 2012 to replace M.F.. (Hiring manager believed to be Francisco Ortega);
>
> Unit Leader – Press at Sterling Stamping Plant which was posted in April 2012. (Hiring manager believed to be Rodney Paavo); and
>
> Unit Leader –Assembly at Sterling Stamping Plant which was posted in April 2012 to replace T. C. (Hiring manager believed to be Edward Daniels, Jr).

**IT IS FURTHER ORDERED** that the Court will hold a status conference at the end of the 75 day period.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 8, 2015

**Approved as to form**:

By: /s/Robert W. Palmer　　　　　　　By: /s/Erin Behler　　　　　　
PITT McGEHEE PALMER &　　　　　　NEMETH LAW P.C.
RIVERS, P.C.　　　　　　　　　　　　Terry W. Bonnette (P67692)
Beth M. Rivers (P33614)　　　　　　　Erin Behler (P73190)
Robert W. Palmer (P31704)　　　　　　Attorneys for Defendant
Attorneys for Plaintiff　　　　　　　　200 Talon Centre Drive, Suite 200
117 West Fourth Street, Suite 200　　　Detroit, Michigan  48207
Royal Oak, MI 48067　　　　　　　　(313) 567-5921
Tel: 248-398-9800

Dated:  April 8, 2015